

_____
85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

December 2, 2019

Honorable Cecelia G. Morris
United States Bankruptcy Chief Judge
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

    Re:    Alan Gennett
           Bankruptcy Case No: 19-36028-cgm

    This loss mitigation status letter is submitted on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust ("SN Servicing Corporation"), a secured creditor of the above referenced Debtor.

    Financial package was received by Debtor and submitted to SN Servicing Corporation for review.  On November 6, 2019 and November 19, 2019, our firm emailed the Debtor's Attorney and informed of missing documents. As of December 2, 2019, we are still awaiting amount of the homeowners insurance in order for the review to be completed.

    Please feel free to contact our office should you have additional questions.

                                             Sincerely,

                                             /s/Jonathan Schwalb
                                           Jonathan Schwalb, Esq.
                                           Friedman Vartolo LLP
                                           85 Broad Street, Suite 501
                                           New York, New York 10004
                                           (P) 212.471.5100
                                           bankruptcy@friedmanvartolo.com